UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| **SUSI EMERITA PELKA**, as the Surviving Spouse and Personal Representative of the Estate of JEFFERY DAVID PELKA, Deceased,<br><br>    Plaintiff,<br><br>v.<br><br>**WARE COUNTY, GEORGIA**; et al.<br><br>    Defendants. | Civil Action No: 5:16-CV-108-LGW |

## NOTICE OF APPEARANCE OF COUNSEL

COME NOW, Christopher L. Ray and I. William Drought, III, and enter their appearance as additional counsel for Defendants Donna Bennett, Michelle Chancey, Johnny Lee Jones, Jr., Susan Martin, Sharon Ray, Lynn Streat, and Kristy White in the above-referenced case.

This 5th day of April, 2018.

OLIVER MANER LLP

**/s/ Christopher L. Ray**
Christopher L. Ray
Georgia Bar No: 596078

**/s/ I. William Drought, III**
I. William Drought, III
Georgia Bar No: 411837

*Counsel for Defendants Donna Bennett, Michelle Chancey, Johnny Lee Jones, Jr., Susan Martin, Sharon Ray, Lynn Streat and Kristy White*

P.O. Box 10186
Savannah, GA  31412
912-236-3311
cray@olivermaner.com
wdrought@olivermaner.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| **SUSI EMERITA PELKA**, as the Surviving Spouse and Personal Representative of the Estate of JEFFERY DAVID PELKA, Deceased,<br><br>    Plaintiff,<br><br>v.<br><br>**WARE COUNTY, GEORGIA**; et al.<br><br>    Defendants. | Civil Action No: 5:16-CV-108 |

## CERTIFICATE OF SERVICE

I hereby certify that I have this date electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL**, with the United States District Court's CM/ECF system which will automatically send notification of such filing to the following counsel of record:

J. Mark Hatfield, Esq.
Thomas E. Hatfield, Esq.
Hatfield & Hatfield, P.C.
201 Albany Avenue
P.O. Box 1361
Waycross, Georgia  31502

Brent J. Savage, Esq.
Savage & Turner, P.C.
102 East Liberty Street, 8th Floor
P.O. Box 10600
Savannah, Georgia  31412

Richard K. Strickland
Brown, Readdick, Bumgartner, Carter
Strickland & Watkins, LLP
P.O. Box 220
Brunswick, GA 31521-0220

Frances L. Clay
3920 Arkwright Road
Suite 405
P.O. Box 18086
Macon, GA 31209-8086

Christian J. Steinmetz, III
Gannam, Gnann & Steinmetz, LLC
P.O. Box 10085
Savannah, GA 31412-0285

Wayne Dale McGrew, III
Weathington McGrew, P.C.
191 Peachtree Street, NE
Suite 3900
Atlanta, GA 30303

[signature on the following page]

This 5th day of April, 2018.

                                                OLIVER MANER LLP

                                                **/s/I. William Drought, III**
                                                I. William Drought, III
                                                Georgia Bar No:  411837

P.O. Box 10186
Savannah, GA  31412
912-236-3311
wdrought@olivermaner.com

                                                *Counsel for Defendants Donna Bennett, Michelle Chancey, Johnny Lee Jones, Jr., Susan Martin, Sharon Ray, Lynn Streat and Kristy White*