IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| SUSI EMERITA PELKA, as the Surviving Spouse & Personal Representative of the Estate of JEFFERY DAVID PELKA, Deceased,<br><br>    Plaintiff,<br><br>                v.<br><br>WARE COUNTY, GEORGIA; RANDY ROYAL, Individually and in his Official Capacity as Sheriff of Ware County, Georgia; DANNY CHRISTMAS, Individually and in his Official Capacity as Administrator of the Ware County Jail; CITY OF WAYCROSS, GEORGIA; JEFFREY NICHOLS, BELENDA MCELROY, DWAYNE HOWELL, DONNY SPRADLEY, JAMES SOWELL, JAMES ALDRIDGE, NATHANIEL ROBERTS, MICHAL DEAN, JOSHUA RYLEE, GARY SIMMONS, HUBERT RYALS, and JAMES LEE, in their Individual Capacities; PETER WROBEL, M.D., Individually and in his Official Capacity as Medical Director of the Ware County Jail; PETER WROBEL, M.D., P.C.; SOUTHEAST GEORGIA PRIMARY CARE, P.C.; SOUTHERN CORRECTIONAL MEDICINE, LLC; and DONNA BENNETT, MICHELLE CHANCEY, JOHNNY LEE JONES, JR., SUSAN MARTIN, SHARON RAY, LYNN STREAT, and KRISTY WHITE, in their Individual Capacities,<br><br>    Defendants. | * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | CV 516-108 |

# O R D E R

Presently pending before the Court is the parties' consent motion to dismiss less than all defendants. (Doc. 127.) Each party remaining in the case has agreed to the dismissal of certain Defendants in the above-referenced action with prejudice. (Id.) **IT IS THEREFORE ORDERED** that Defendants **WARE COUNTY, GEORGIA; RANDY ROYAL,** Individually and in his official capacity as Sheriff of Ware County, Georgia; **DANNY CHRISTMAS,** Individually and in his official capacity as Administrator of the Ware County Jail; **JEFFERY NICHOLS,** in his individual capacity; **BELENDA McELROY,** in her individual capacity; **DWAYNE HOWELL,** in his individual capacity; **DONNY SPRADLEY,** in his individual capacity; **JAMES SOWELL,** in his individual capacity; **JAMES ALDRIDGE,** in his individual capacity; **NATHANIEL ROBERTS,** in his individual capacity; **MICHAEL DEAN,** in his individual capacity; **JOSHUA RYLEE,** in his individual capacity; **GARY SIMMONS,** in his individual capacity; **HUBERT RYALS,** in his individual capacity; **JAMES LEE,** in his individual capacity; **DONNA BENNETT,** in her individual capacity; **MICHELLE CHANCEY,** in her individual capacity; **JOHNNY LEE JONES JR.,** in his individual capacity; **SUSAN MARTIN,** in her individual capacity; **SHARON RAY,** in her individual capacity; **LYNN STREAT,** in her individual capacity; **KRISTY WHITE,** in her individual capacity (the "Ware County Defendants") are **DISMISSED WITH PREJUDICE.** The Clerk

shall **TERMINATE** all deadlines and motions related to the Ware County Defendants. As between Plaintiff and the Ware County Defendants, each party shall bear its own costs and attorney's fees. Defendants City of Waycross, Georgia; Peter Wrobel, M.D.; Peter Wrobel, M.D., P.C.; Southeast Georgia Primary Care, P.C.; and Southern Correctional Medicine, LLC shall remain parties to this action.

**ORDER ENTERED** at Augusta, Georgia, this ____ day of September, 2018.

```
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA
```