```
IN THE UNITED STATES DISTRICT COURT FOR THE
           SOUTHERN DISTRICT OF GEORGIA
                  WAYCROSS DIVISION
```

SUSI EMERITA PELKA, as the         *
Surviving Spouse & Personal        *
Representative of the Estate of    *
JEFFERY DAVID PELKA, Deceased,     *
                                   *
     Plaintiff,                    *
                                   *
           v.                      *       CV 516-108
                                   *
CITY OF WAYCROSS, GEORGIA;         *
PETER WROBEL, M.D.,                *
Individually and in his            *
Official Capacity as the Medical   *
Director of the Ware County        *
Jail; PETER WROBEL, M.D., P.C.;    *
SOUTHEAST GEORGIA PRIMARY CARE,    *
P.C.; and SOUTHERN CORRECTIONAL    *
MEDICINE, LLC,                     *
                                   *
     Defendants.                   *
                                   *

---

# O R D E R

---

Before the Court is Plaintiff's motion to dismiss less than all defendants. (Doc. 132.) The motion is consented to by Defendants Peter Wrobel, M.D., Peter Wrobel, M.D., P.C., Southeast Georgia Primary Care, P.C., and Southern Correctional Medicine, LLC (collectively the "Wrobel Defendants"). Those parties have agreed to the dismissal of all Plaintiff's claims against the Wrobel Defendants. Further, each will bear their own costs and attorney's fees. This leaves the City of Waycross as the only remaining Defendant in this case. However, the Court previously

dismissed Plaintiff's claims against the City. (Order of September 11, 2018, Doc. 130, at 11.) Thus, the claims against all parties have been resolved, either by the Court or by agreement.

**IT IS THEREFORE ORDERED** that all of Plaintiff's claims asserted in this matter are **DISMISSED WITH PREJUDICE**. The Clerk shall **TERMINATE** all deadlines and motions and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 20th day of February, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA